# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**WLODZIMIERZ J. DZWONCZYK**

      vs.                **CASE NUMBER: 5:08-CV-557 (NPM/DEP)**

**SYRACUSE CITY POLICE DEPARTMENT; SYRACUSE HOUSING AUTHORITY SECURITY; JOHN DOE, Syracuse Housing Authority Detective; GARY MIGUEL; ONONDAGA COUNTY SHERIFF'S OFFICE; ONONDAGA COUNTY JUSTICE CENTER; JOHN DOES; AND COUNTY OF ONONDAGA**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Dismissal of his Complaint as to the County of Onondaga and John Does in their Official and Individual capacities is granted and the action is dismissed with prejudice. Plaintiff's Motion to Strike Chief Judge Norman A. Mordue's Order dated 11/13/2008 is denied, that Order shall remains in full force and effect.

The Claims against defendants' City of Syracuse, Syracuse City Police Department, Gary Miguel and John Does, Syracuse Housing Authority Security and John Doe, SHA Detective were previously dismissed on 12/18/2008.

All of the above pursuant to the orders of the Honorable Senior Judge Neal P. McCurn, dated 12/18/2008 and 9/23/2009.

DATED: September 24, 2009

*Lawrence K. Baerman*
Clerk of Court

_____
Joanne Bleskoski
Deputy Clerk